**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 25, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Lillie Johnson<br><br>                                Debtor | CASE NO: 09-36853<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |
| ORDER DISMISSING CASE | T1xx8x |

This matter coming on for hearing on August 5, 2010 upon the the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments (Doc. 25) and Debtor's Response thereto (Doc. 26) filed on July 7, 2010, and pursuant to the Court's oral decision,

IT IS ORDERED that:

1 ) the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Payments is hereby granted;

2 ) this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email to: chapter13@dayton13.com

Copies to:                                                                                              09-36853

JEFFREY M. KELLNER          OFFICE OF THE U S TRUSTEE
CHAPTER 13 TRUSTEE          170 NORTH HIGH ST
131 N LUDLOW ST   SUITE 900 SUITE 200
DAYTON, OH  45402-1161      COLUMBUS, OH  43215

Lillie Johnson              ERIC A STAMPS                       (41.1n)
4354 Lambeth Dr             3814 LITTLE YORK RD                 AMERICREDIT FINANCIAL SERVICES INC
Dayton, OH  45424-5930      DAYTON, OH  45414                   BOX 183853
                                                                ARLINGTON, TX  76096

(44.1n)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

0936853_34_20100824_1604_285/T277_gm
###